ZABLATZKY, Appellant, v. UNITED STATES CASUALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Mary Zablatzky against the United States Casualty Company. G. V. Grainger, of New York City, for appellant. C. S. Petrasch, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.